BEFORE THE SECOND DIVISION, DECEMBER 12, 1939

**No. 42822.**—Protest 279294–G of Saks & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) wool outerwear at 45 cents per pound and 50 percent ad valorem under paragraph 1114; (2) embroidered articles at 75 percent under paragraph 1430; and (3) artificial flowers at 60 percent under paragraph 1419.